PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** Juan Luciano-Vargas **Case Number:** 1:95-CR-069-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** December 15, 1995

**Original Offense:** Ct. 1: Conspiracy to Distribute Heroin, Marihuana, And Cocaine Base, Ct. 2: Distribution of Heroin; Cts. 3-5: Distribution of Cocaine Base

**Original Sentence:** Eighty-one months imprisonment, five years supervised release with a special condition for substance abuse treatment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** February 13, 2001

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** October 7, 2002

**Violation Offense(s):** 1) Failure to Refrain from the Use of Marihuana; 2) Failure to Participate in a Substance Abuse Treatment Program.

**Violation Sentence:** Eleven months imprisonment, forty-nine months supervised release with a special condition for substance abuse treatment.

**Date Supervision Recommenced:** April 11, 2003

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**By agreement, the defendant will relocate to the Dominican Republic for the remainder of his term of supervision and consents to the addition of a condition requiring that he notify the U.S. Probation Officer within 24 hours of entering the United States for any purpose and only with the consent of the Court.**

PROB 12B
(12/00)

## The Court Orders

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above
- [x] The Modification of Conditions as Noted Above
- [ ] Other

Ernest C Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

11/24/06

Date